# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| CYNTHIA RENEA PARIS, | ) |
| Plaintiff, | ) |
| v. | ) NO. 2:20-00030 |
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

## ORDER

Before the Court is a Report and Recommendation (Doc. No. 23) recommending the Court deny Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 20). No timely objections have been filed.

The failure to "timely object to a report and recommendation releases the Court from its duty to independently review the matter." Lawhorn v. Buy Buy Baby, Inc., No. 3:20-CV-00201, 2021 WL 1063075, at *1 (M.D. Tenn. Mar. 19, 2021); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Regardless, the Court thoroughly reviewed the Report and Recommendation and agrees with its recommended disposition. Accordingly, the Report and Recommendation is **APPROVED AND ADOPTED**, Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 20) is **DENIED**, and the Commissioner's decision is **AFFIRMED**.

1

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE